P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim, | Case No: 3:26-cv-447-AJB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| PINNACLE ROSECRANS LP, a California limited partnership, | |
| Defendant. | |

Please take notice the above case has settled in its entirety. The parties anticipate filing dismissal papers within seven calendar days. Plaintiff apologizes to the Court for not meeting its May 4 deadline, and Plaintiff's counsel mis-calendared the date.

RESPECTFULLY SUBMITTED this 5th day of May, 2026.

_____
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff